Opinion filed December 6, 2007











 
 
  
 
 







 
 
  
 
 




Opinion filed December 6,
2007

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00240-CR

                                                    __________

 

                                        ERIC SULLIVAN, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                          On
Appeal from the 70th District Court

                                                           Ector
County, Texas

                                                 Trial
Court Cause No. A-33,515

 



 

                                                                   O
P I N I O N

Eric
Sullivan has filed in this court a motion to withdraw his notice of appeal. 
The motion is signed by both appellant and his counsel.  The motion is granted,
and the appeal is dismissed.

 

PER CURIAM

 

December 6, 2007

Do not publish. 
See Tex. R. App. P.
47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.